UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14030-CIV-SINGHAL/REINHART

EUGENE F. MATTHEWS,

    Plaintiff,

vs.

DR. RIZILARD,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Report and Recommendation on Plaintiff's Motion for Default Judgment (DE [32]) of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment (DE [19]) be **GRANTED IN PART AND DENIED IN PART**. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation on Plaintiff's Motion for Default Judgment (DE [32]) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Default Judgment (DE [19]) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall receive $150,000.00 in compensatory damages. A separate Final Judgment in favor of Plaintiff will be entered. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF